**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

| | |
|---|---|
| Lashawanda Bland | Case No. 20-00850<br>Chapter 13<br>Judge Donald R. Cassling |
| Debtor, | |

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

     PLEASE file the Notice of Appearance and Request for Notice of Marc G. Wagman on behalf of CFAI Special Assets LLC and include Marc G. Wagman, as attorney for creditor, on the Matrix.

Dated: March 12, 2020

*/s/ Marc G. Wagman*
Potestivo & Associates, P.C.
Marc G. Wagman (6282192)
223 W Jackson Blvd., Suite 610
Chicago, IL 60606
Telephone: 312-263-0003
Main Fax:312-263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Churchill Finance
Our File No.: 312900
mwagman@potestivolaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

Lashawanda Bland

Case No. 20-00850
Chapter 13
Judge Donald R. Cassling

Debtor,

_____/

**AFFIDAVIT OF SERVICE**

      I, Catherine Scanlan, state that on the 12th day of March 2020, I served a copy of the Notice of Appearance, Request for Notices and Affidavit of Service of same upon the below listed parties:

| David M. Siegel | Tom Vaughn | Patrick S. Layng |
|---|---|---|
| 790 Chaddick Drive | 55 E. Monroe Street, | 219 S. Dearborn St, Room 873 |
| Wheeling, IL 60090 | Suite 3850 | Chicago, IL 60604 |
|  | Chicago, IL 60603 |  |

Via CM-ECF electronic filing to the Debtor(s) Attorney, the Trustee, and Office of the U.S. Trustee.

*/s/ Catherine Scanlan*
Catherine Scanlan