**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) _____Lashawnda Bland_____ Case No. __20-00850__ Chapter __13__

All Cases: Moving Creditor _____CFAI Special Assets LLC_____ Date Case Filed __01/11/2020__

Nature of Relief Sought: ☑ Lift Stay     ☐ Annul Stay     ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing ____04/30/2020____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
           ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☑ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date  $ _____
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ _____179,000.00_____

5. Default
   a. ☑ Pre-Petition Default
      Number of months _____       Amount $ _____177,715.84_____

   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months _____       Amount $ _____
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____       Amount $ _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid         Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☑ Bad Faith (describe) lack of adequate protection stating "acceleration of note, attempt
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: _____May 5, 2020_____          _____/s/Marc G. Wagman_____
                                              Counsel for Movant

(Rev. 12 /21/09)